## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Beyond Systems, Inc.<br><br>**Plaintiff**<br><br>v.<br><br>World Avenue USA, LLC, et al.<br><br>**Defendant(s)** | )<br>)<br>)<br>)<br>) Case No.: 0:10-mc-61895-XXXX<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Scott Kucik, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Civil Cover Sheet; Non-Party TheUseful, LLC's Motion to Quash Plaintiff Beyond System's, Inc.'s Subpoena Duces Duces Tecum and for Entry of Protective Order and Incorporated Memorandum of Law with Exhibits 1 - 9; and Non-Party TheUseful, LLC's Disclosure Statement

SERVE TO: Beyond Systems, Inc. c/o Alton K. Burton, Registered Agent
SERVICE ADDRESS: 9501 Anchorage Place, Bethesda, Maryland 20817

DATE SERVED: October 09, 2010   TIME SERVED: 1:10 PM

PERSON SERVED: Alton K. Burton, Registered Agent, authorized to accept.

Described herein:
Gender: Male   Race/Skin: White   Hair: Blonde   Age: 55   Height: 5'11"   Weight: 235

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 10-11-10

Scott Kucik
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 10-047922

Client Reference: 115318.010500

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050