UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Titled Action Pending In The District of Maryland, Southern Division
Under Case Number PJM 08 CV 0921

| | |
|---|---|
| BEYOND SYSTEMS, INC. ) | |
| ) | CASE NO. 0:10-mc-61895-XXXX-MOORE-SIMONTON |
|     Plaintiff ) | |
| v. ) | |
| ) | |
| WORLD AVENUE USA, LLC, ) | |
| WORLD AVENUE HOLDINGS, ) | |
| LLC, and NIUNIU JI, ) | |
| ) | |
|     Defendants ) | |
| _____ ) | |

**NON-PARTY THEUSEFUL, LLC'S REQUEST FOR TELEPHONIC HEARING**

Non-party, THEUSEFUL, LLC ("TheUseful"), pursuant to Federal Rule of Civil Procedure 7.1, hereby respectfully requests a telephonic hearing on its Motion to Quash Plaintiff BEYOND SYSTEMS, INC.'s ("BSI") Subpoena *Duces Tecum* and For Entry of Protective Order (the "Motion"). The Motion relates to an overbroad and oppressive Subpoena Duces Tecum ("Subpoena") that was issued to TheUseful requiring an appearance for deposition on October 26th in an underlying case pending in Maryland (the "Maryland Action").

Although the Subpoena is voluminous, the issues are rather simple. On September 23, 2010 -- the very day that the Court in the Maryland Action issued the last of five Court Orders and one ruling confining the scope of BSI's discovery in the Maryland Action -- BSI issued the Subpoena to TheUseful in this judicial district to circumvent the discovery Orders and rulings in the Maryland Action.

TheUseful very respectfully requests a hearing on the Motion because it believes that oral argument would assist the Court in understanding the issues. TheUseful also requests oral

1

argument by telephone because it may assist the parties in reaching a resolution on the issues prior to the October 26th deposition date.

Accordingly, TheUseful respectfully requests a 30-45 minute telephone hearing on the Motion.

Dated:  October 13, 2010.

>Respectfully submitted,
>
>*Attorneys for TheUseful, LLC*
>
>  /s John L. McManus
>Kenneth A. Horky, Esq.
>
>Florida Bar No. 691194
>horkyk@gtlaw.com
>John L. McManus, Esq.
>Florida Bar No. 0119423
>mcmanusj@gtlaw.com
>GREENBERG TRAURIG, P.A.
>401 East Las Olas Boulevard, Suite 2000
>Fort Lauderdale, FL 33301
>Telephone: 954-765-0500
>Facsimile:  954-765-1477

Of Counsel:

Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
Nicoleta Burlacu, Esq.
BurlacuN@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 13, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John L. McManus
JOHN L. MCMANUS

**SERVICE LIST**

Kenneth A. Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile:  954-765-1477


*Attorneys for Non-Party TheUseful, LLC and Defendants World Avenue USA, LLC, World Avenue Holdings, LLC, and Niuniu Ji*