UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Titled Action Pending In The District of Maryland, Southern Division
Under Case Number PJM 08 CV 0921**

| | |
|---|---|
| BEYOND SYSTEMS, INC.  )<br>  )<br>      Plaintiff    )<br>v.    )<br>    )<br>WORLD AVENUE USA, LLC,  )<br>WORLD AVENUE HOLDINGS,  )<br>LLC, and NIUNIU JI,   )<br>    )<br>      Defendants   )<br>_____ ) | CASE NO. 0:10-mc-61895-XXXX-MOORE/<br>SIMONTON |

### NON-PARTY THEUSEFUL, LLC'S MOTION FOR EXPEDITED BRIEFING ON ITS MOTION TO QUASH PLAINTIFF BEYOND SYSTEMS, INC.'S SUBPOENA DUCES TECUM AND FOR ENTRY OF PROTECTIVE ORDER

Non-party, THEUSEFUL, LLC ("TheUseful"), pursuant to Federal Rule of Civil Procedure 7.1, hereby respectfully requests an expedited briefing of its Motion to Quash Plaintiff BEYOND SYSTEMS, INC.'s ("BSI") Subpoena *Duces Tecum* and For Entry of Protective Order (the "Motion"). In support thereof, TheUseful states:

1. TheUseful filed this action on Thursday, October 7, 2010 pertaining to an overbroad and oppressive Subpoena Duces Tecum ("Subpoena") that was issued to TheUseful requiring an appearance for deposition on October 26th in an underlying case pending in Maryland (the "Maryland Action"). Service of process was made on BSI's registered agent on October 9, 2010 at approximately 1:10 p.m.

2. The Subpoena at issue contains **thirty-two (32)** definitions spanning six (6) pages, requests that TheUseful produce its representative with the most knowledge on **fifty (50)** distinct subject matters and contemporaneously seeks the production of what are claimed as three (3)

categories of documents, but are really more than one hundred, all three categories each separately requiring production of documents for each of those fifty (50) distinct subject matters.

3. Worse, the Subpoena is a deliberate attempt to circumvent a series of discovery Orders and rulings issued in the Maryland Action. On September 23, 2010 -- the very day that the Court in the Maryland Action issued the last of five Court Orders and one ruling limiting the scope of BSI's discovery in the Maryland Action -- BSI issued the Subpoena to TheUseful in this judicial district to circumvent the discovery Orders and rulings in the Maryland Action. BSI calculates that under the normal briefing schedule for a Motion for Protective Order, it will be impossible for TheUseful to obtain relief prior to the October 26th date it selected for the deposition.

4. Due to this calculated attempt to circumvent a series of very clear Orders issued by another Federal District Court, and the necessity of seeking relief in this District where the Subpoena was issued, TheUseful respectfully requests that this Court expedite briefing on the Motion so that the issues can be timely adjudicated. This will cause no prejudice to BSI since, at the time it issued the Subpoena, it knew that the Subpoena was voluminous and violated numerous Court Orders, and knew that TheUseful would object to the categories. Counsel for TheUseful and Defendant WORLD AVENUE USA, LLC ("WAUSA") have conferred on the scope of this Subpoena and another, similar subpoena issued previously to WAUSA prior to filing the Motion. BSI took no measures to protect TheUseful from the oppressive burden of the Subpoena as required by Rule 45, nor did it agree to revise the Subpoena to comply with the existing Orders and rulings. Thus, TheUseful's objections are well known to BSI..

5. TheUseful respectfully requests the Court to enter an Order requiring the Memorandum in Opposition to be filed by BSI on Friday, October 15th, with a Reply Brief, if

any, to be filed on Tuesday, October 19th.

WHEREFORE, THEUSEFUL, LLC respectfully requests expedited briefing on its Motion and for such other and further relief as this Court deems just and appropriate.

Dated: October 13, 2010.

                                                     Respectfully submitted,

                                                     *Attorneys for TheUseful, LLC*

                                                     __/s John L. McManus_____
                                                   Kenneth A. Horky, Esq.

                                                 Florida Bar No. 691194
                                                 horkyk@gtlaw.com
                                                 John L. McManus, Esq.
                                                 Florida Bar No. 0119423
                                                 mcmanusj@gtlaw.com
                                                 GREENBERG TRAURIG, P.A.
                                                 401 East Las Olas Boulevard, Suite 2000
                                                 Fort Lauderdale, FL 33301
                                                 Telephone: 954-765-0500
                                                 Facsimile: 954-765-1477

Of Counsel:

Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
Nicoleta Burlacu, Esq.
BurlacuN@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: 202-331-3100
Facsimile: 202-331-3101

*FTL 107890752v1 October 13, 2010*

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

      I hereby certify that counsel for the movant, Sanford M. Saunders, Jr., Esq. has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to do so or has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion, but has been unable to do so. Specifically, counsel for BSI, Stephen H. Ring, Esq. has indicated that BSI would oppose an expedited briefing schedule on the Motion.

                                                      /s John L. McManus_____

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 13, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ John L. McManus
JOHN L. MCMANUS

**SERVICE LIST**

Kenneth A. Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile:  954-765-1477

Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
Nicoleta Burlacu, Esq.
BurlacuN@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone:  202-331-3100
Facsimile:  202-331-3101

*Attorneys for Non-Party TheUseful, LLC and Defendants World Avenue USA, LLC, World Avenue Holdings, LLC, and Niuniu Ji*

Stephen H. Ring, Esq.
shr@ringlaw.us
Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, Maryland 20878
Telephone: (301) 540-8180
Telefax: (301) 563-9639

Michael S. Rothman, Esq.
mike@mikerothman.com
Law Office of Michael S. Rothman
401 East Jefferson Street, Suite 201
Rockville, Maryland 20850
Telephone: (301) 251-9660
Telefax: (301) 251-9610
*Attorneys For Plaintiff Beyond Systems, Inc.*