UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Titled Action Pending In The District of Maryland, Southern Division
Under Case Number PJM 08 CV 0921

BEYOND SYSTEMS, INC.         )
                             )   CASE NO. 0:10-mc-61895-XXXX-MOORE-
     Plaintiff               )   SIMONTON
v.                           )
                             )
WORLD AVENUE USA, LLC,       )
WORLD AVENUE HOLDINGS,       )
LLC, and NIUNIU JI,          )
                             )
     Defendants              )
_____)

**FILING FEE**
PAID 75.00
Pro hac Vice 6 03
Steven M. Larimore, Clerk

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Sanford M. Saunders, Jr., of the law firm of GREENBERG TRAURIG, LLP, 2101 L Street, NW, Suite 1000, Washington, DC 20037, Telephone: 202-331-3100, for purposes of appearance as co-counsel on behalf of Non-Party TheUseful, LLC, and Defendants World Avenue USA, LLC, World Avenue Holdings, LLC, and Niuniu Ji in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Sanford M. Saunders, Jr. to receive electronic filings in this case, and in support thereof states as follows:

1. Sanford M. Saunders, Jr. is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of Maryland and the District of Columbia, and has been admitted to practice before the U.S. Court of Appeals for the District of Columbia Circuit, the U.S.

Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Tenth Circuit, the U.S. District Court for the District of Columbia, the U.S. District Court for the District of Maryland, the U.S. District Court for the Southern District of Texas, and the Supreme Court of the United States.

2.  Movant, John L. McManus, Esquire, of the law firm of GREENBERG TRAURIG, P.A., 401 East Las Olas Boulevard, Suite 2000, Fort Lauderdale, FL 33301, Telephone: 954-765-0500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Sanford M. Saunders, Jr has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.  Sanford M. Saunders, Jr., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Sanford M. Saunders, Jr. at email address: saunderss@gtlaw.com.

WHEREFORE, John L. McManus, Esquire, moves this Court to enter an Order allowing Sanford M. Saunders, Jr., to appear before this Court on behalf of Non-Party TheUseful, LLC and Defendants World Avenue USA, LLC, World Avenue Holdings, LLC, and Niuniu Ji, for all purposes

relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Sanford M. Saunders, Jr. at saunderss@gtlaw.com.

Date: October 19, 2010.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings were served by email on this 19th day of October, on all counsel or parties of record on the service list.

_____
JOHN L. MCMANUS

## **SERVICE LIST**

Kenneth A. Horky, Esq.
Florida Bar No. 691194
horkyk@gtlaw.com
John L. McManus, Esq.
Florida Bar No. 0119423
mcmanusj@gtlaw.com
GREENBERG TRAURIG, P.A.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-765-0500
Facsimile: 954-765-1477

*Attorneys for Non-Party TheUseful, LLC and Defendants World Avenue USA, LLC, World Avenue Holdings, LLC, and Niuniu Ji*

Of Counsel:

Sanford M. Saunders, Jr., Esq.
USDC, MD #4734
saunderss@gtlaw.com
Nicoleta Burlacu, Esq.
BurlacuN@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: 202-331-3100
Facsimile: 202-331-3101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Titled Action Pending In The District of Maryland, Southern Division
Under Case Number PJM 08 CV 0921

| | |
|---|---|
| BEYOND SYSTEMS, INC. )<br> )<br>     Plaintiff )<br>v. )<br> )<br>WORLD AVENUE USA, LLC, )<br>WORLD AVENUE HOLDINGS, )<br>LLC, and NIUNIU JI, )<br> )<br>     Defendants )<br>_____/) | CASE NO. 0:10-mc-61895-XXXX-MOORE-SIMONTON |

## CERTIFICATION OF SANFORD M. SAUNDERS, JR.

SANFORD M. SAUNDERS, JR, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bars of Maryland and the District of Columbia, and has been admitted to practice before the U.S. Court of Appeals for the District of Columbia Circuit, the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Tenth Circuit, the U.S. District Court for the District of Columbia, the U.S. District Court for the District of Maryland, the U.S. District Court for the Southern District of Texas, and the Supreme Court of the United States.

_____
SANFORD M. SAUNDERS, JR.

FTL107,894,316v1 MCMANUSJ 115318.010500 1015-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Titled Action Pending In The District of Maryland, Southern Division
Under Case Number PJM 08 CV 0921

| | |
|---|---|
| BEYOND SYSTEMS, INC.        ) | |
| ) | CASE NO. 0:10-mc-61895-XXXX-MOORE- |
| Plaintiff    ) | SIMONTON |
| v.                ) | |
| ) | |
| WORLD AVENUE USA, LLC,    ) | |
| WORLD AVENUE HOLDINGS,    ) | |
| LLC, and NIUNIU JI,        ) | |
| ) | |
| Defendants    ) | |
| _____/ ) | |

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for SANFORD L. SAUNDERS, JR.'s Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Sanford M. Saunders, Jr., may appear and participate in this action on behalf of Non-Party TheUseful, LLC and Defendants World Avenue USA, LLC, World Avenue Holdings, LLC, and Niuniu Ji. The Clerk shall provide electronic notification of all electronic filings to Sanford L. Saunders, Jr. at saunderss@gtlaw.com.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of October, 2010.

_____
United States Magistrate Judge

Copies furnished to:
All Counsel of Record