UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Titled Action Pending In The District of Maryland, Southern Division
Under Case Number PJM 08 CV 0921

| | |
|---|---|
| BEYOND SYSTEMS, INC.<br><br>　　　　Plaintiff<br>v.<br><br>WORLD AVENUE USA, LLC,<br>WORLD AVENUE HOLDINGS,<br>LLC, and NIUNIU JI,<br><br>　　　　Defendants | CASE NO. 0:10-mc-61895-XXXX-MOORE/<br>SIMONTON |

### JOINT STIPULATION REGARDING MOTION TO QUASH

Plaintiff Beyond Systems, Inc. ("BSI"), and THE USEFUL, LLC ("THE USEFUL"), hereby jointly stipulate as follows:

BSI is a plaintiff in litigation currently pending before the United States District Court for the District of Maryland ("the Maryland Court"). BSI served a subpoena duces tecum on THE USEFUL, requiring the production of documents, and that THE USEFUL provide a corporate representative to be deposed pursuant to Fed. R. Civ. P. 30(b)(6), setting forth what THE USEFUL calculates as more than fifty topics for examination and more than 100 document requests.

In response to BSI's subpoena, THE USEFUL filed a Motion to Quash the Subpoena, seeking a protective order consistent with prior rulings by the Maryland Court. (DE 1, filed October 7, 2010.) THE USEFUL also filed several ancillary motions requesting expedited consideration due to the short time frames involved.

On October 20, 2010, the Court stayed the 30(b)(6) deposition pending resolution of this matter. The Court further directed BSI to show why the subpoena should not be quashed and/or otherwise limited consistent with other rulings made by the Maryland Court, and what pre-trial and trial dates are presently set in the case that are relevant or may be affected by the resolution of the Motion to Quash. (DE 11.)

The parties appreciate the Court's prompt action and thank the Court for its immediate attention. The parties now agree that it is a more efficient use of judicial resources for the Maryland Court presently hearing the case, and which issued the various Orders referenced in THE USEFUL's Motion to Quash the Subpoena, and which will be ruling on the same issue in connection with at least one other deposition, to decide the issues raised herein. The parties have agreed to bring the matter before the Maryland Court.

Therefore, the parties stipulate this matter should be held in abeyance pending review by the Maryland Court and request this Court's consent and approval of that stipulation. If such approval is not forthcoming, the parties request that they be notified promptly. Further, in an abundance of caution and so as to avoid missing a filing date, Plaintiff requests, and The Useful, *et al.* consent to, an extension of time for filing any response by Plaintiff that may be due in this Court to one (1) week after any decision by the Maryland Court to decline to review this matter. Should the Maryland Court decline to hear this matter, the parties will immediately notify this Court and complete the briefing required here.

Dated this 25th day of October 2010.

Respectfully submitted,

| | |
|---|---|
| /s/ *John L. McManus*<br>John L. McManus<br>Kenneth A. Horky<br>Greenberg Traurig, P.A.<br>401 East Las Olas Blvd.<br>Suite 2000<br>Fort Lauderdale, FL 33301<br>Tel: (954) 765-0500<br>Fax: (954) 765-1477<br><br>Sanford M. Saunders, Jr.<br>Greenberg Traurig, LLP<br>2010 L St., NW<br>Suite 1000<br>Washington, DC 20037<br>Tel: (202) 331-3100<br>Fax: (202) 331-3101<br><br>*Attorneys for Non-Party TheUseful,*<br>*LLC and Defendants World Avenue USA, LLC,*<br>*World Avenue Holdings, LLC, and Niuniu Ji* | /s/ *Stephen H. Ring*<br>Stephen H. Ring<br>Stephen H. Ring, P.C.<br>506 Main Street, Suite 215<br>Gaithersburg, MD 20878<br>Tel: (301) 540-8180<br>Fax (301) 563-9639<br><br>Michael S. Rothman<br>Law Office of Michael S. Rothman<br>401 East Jefferson St.,<br>Suite 201<br>Rockville, MD 20850<br>Tel: (301) 251-9610<br>Fax: (301) 251-9610<br><br>*Attorneys for Plaintiff, Beyond*<br>*Systems, Inc.*<br>*(signed with permission of Stephen*<br>*H. Ring)* |