# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Titled Action Pending In The District of Maryland, Southern Division
Under Case Number PJM 08 CV 0921**

BEYOND SYSTEMS, INC.          )
                                   )     CASE NO. 0:10-mc-61895-XXXX-MOORE/
      Plaintiff          )     SIMONTON
v.                             )
                                   )
WORLD AVENUE USA, LLC,         )
WORLD AVENUE HOLDINGS,         )
LLC, and NIUNIU JI,            )
                                   )
      Defendants         )
_____ )

## ORDER

Upon consideration of Beyond Systems, Inc. and THE USEFUL, LLC's (the "Parties") Joint Stipulation Regarding Motion to Quash, the Court finds that it is a more efficient use of judicial resources to permit the United States District Court for the District of Maryland ("Maryland Court") the opportunity to review the issue presently before the Court should it choose to undertake such review.

Accordingly, it is hereby **ORDERED**, that this matter be held in abeyance until such time that the Maryland Court has had the opportunity review this matter.  In the event the U.S. District Court for Maryland declines to review the matter, the due date for Plaintiff's response to the pending motion to quash will be one (1) week after the U.S. District Court for Maryland so declines;

It is **FURTHER ORDERED**, that the Parties will promptly notify the Court either of the

Maryland Court's decision to review, or decline to review this matter.

_____          _____
Date                                              Hon. Andrea M. Simonton
                                                     United States Magistrate Judge